(November 21, 1952.)

■

In the Matter of the Claim of JOHN RUSSO, Respondent, against DESPATCH SHOPS, INC., et al., Appellants, and Liberty Mutual Insurance Company, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of this court, handed down November 17, 1952 (*ante*, p. 1008), is amended by providing that costs be granted to the respondent, Liberty Mutual Insurance Company, instead of the Workmen's Compensation Board. Foster, P. J., Heffernan, Brewster, Coon and Halpern, JJ., concur.

■

THOMAS MILLER, as Administrator of the Estate of EMMA MILLER, Deceased, Appellant, v. LAVERNE HINE, an Infant, by FAYETTE HINE, His Guardian ad Litem, Respondent.— Reargument is directed for the January, 1953, Term of this court. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

FOURTH DEPARTMENT, NOVEMBER, 1952.

(November 7, 1952.)

■

ARTHUR J. BERNSTEIN, Respondent, v. WILLA S. BERNSTEIN, Appellant.— Judgment and order affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment for plaintiff in an action by the original beneficiary to recover the death benefit under a group life insurance policy. The order struck out defendant's answer, dismissed the counterclaim, and directed summary judgment for plaintiff.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

JOSEPH SCARAMUCCI, Respondent, v. MAX I. LANDMAN et al., Doing Business as HORNELL AMUSEMENT COMPANY, Appellants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an action to recover for services performed under contract. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See 281 App. Div. 801.]

■

ELEANOR J. RUSSELL, Appellant, v. SIBLEY, LINDSAY & CURR Co., Respondent. —Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing the complaint in a negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■.

DAVID RUSSELL, Appellant, v. SIBLEY, LINDSAY & CURR Co., Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing the complaint in a negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.